**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

K/S HIMPP  v. HEAR-WEAR TECHNOLOGIES, LLC

No. 2013-1549

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    HEAR-WEAR TECHNOLOGIES, LLC
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☑ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Jonathan S. Franklin
Law firm: Fulbright & Jaworski LLP
Address: 801 Pennsylvania Avenue, N.W.
City, State and ZIP: Washington, D.C. 20004-2623
Telephone: (202) 662-0466
Fax #: (202) 662-4643
E-mail address: jonathan.franklin@nortonrosefulbright.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 5, 1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 20, 2013                            /s/ Jonathan S. Franklin
Date                                       Signature of pro se or counsel

cc: Robert Greene Sterne

## CERTIFICATE OF SERVICE

I certify that on August 20, 2013, I served the foregoing document on all counsel of record by email via the Court's ECF System.

/s/ Jonathan S. Franklin
Jonathan S. Franklin
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-0466

Counsel for Appellee